IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

FILED
JUL 10 2018
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT



| | |
|---|---|
| VERNIDA KENDALL | )
  Plaintiff, | ) 18cv4733
              ) Judge Shah
              ) Mag. Judge Rowland
vs.          | )
              )
WILLIAMS SONOMA, Inc. | ) JURY TRIAL DEMANDED
              )
  Defendant, | ) |

## COMPLAINT

COMES NOW the Plaintiff, **VERNIDA KENDALL**, and as a basis for the relief hereinafter demanded, says as follows:

### PARTIES

1. **VERNIDA KENDALL** is an individual over the age of majority and at all times relevant to the allegations made in this Complaint, was a citizen of Atlanta, Fulton County, Georgia. For purposes of 28 U.S.C. Section 1332 (c) (1), **VERNIDA KENDALL** (hereinafter "**KENDALL**") is deemed to be a citizen of the state of Georgia.

2. **WILLIAMS SONOMA, Inc**. , is a corporation existing under the laws of the State of California with its principal place of business in San Francisco, California. For the purposes of 28 U.S.C, Section 1332 (c) (1), **WILLIAMS SONOMA Inc**. (hereinafter "**WILLIAMS**") is deemed to be a citizen of the State of California.

1

## JURISDICTION AND VENUE

4. This Court has jurisdiction of this cause pursuant to 28 U.S.C. Section 1332 (a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is a dispute between citizens of different states.

5. Venue is proper in the Northern District of Illinois Easter Division pursuant to 28 U.S.C. Section 1391 (a) as a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in Aurora, Illinois within this district.

## GENERAL FACTUAL ALLEGATIONS

6. On or about July 11, 2016 Plaintiff, **KENDALL**, was a co-driver of a commercial truck owned by her employer Transcoline and engaged in the pickup of a loaded and sealed trailer at 21508 Baker Parkway, City of Industry, CA 91789. The trailer was loaded and sealed by Defendant, **WILLIAMS**, and its contents consisted of all furniture belonging to **DEFENDANT**.

7. Upon reaching their destination, as directed by the "bill of lading," located at 2350 Prospect Drive, Aurora, Illinois 60504 Plaintiff, **KENDALL**, who had switched from driver to passenger by this time, exited the vehicle to open the trailer gates before the driver abutted the trailer against the loading docks.

8. Upon reaching the rear of the truck Plaintiff, **KENDALL**, opened the first trailer gate slowly and cautiously for the first time and notice the trailer completely full from front to back. However, everything appeared intact so she proceeded to open the next gate at which time a box

2

weighing over 250 lbs fell out of truck hitting her and immediately knocked her to the ground, followed by a second box weighing over 80 lbs landing on top of her.

9. Workers at the delivery site observed the incident and came to her aid immediately. EMS services were called on the scene and Plaintiff, **KENDALL**, was taken to Presence Mercy Medical Center at 1325 North Highland Avenue Aurora, Illinois 60506.

10. Defendant, **WILLIAMS**, were negligent in loading and sealing the trailer without using proper strapping to keep the load from shifting during transport.

11. Defendant, **WILLIAMS**, did not adhere to laws and standards of securing cargo for transport imposed by the Federal Motor Carrier Safety Administration.

12. As a direct and proximate result of Defendant, **WILLIAMS**, negligence and/or wantonness Plaintiff, **KENDALL**, suffered injuries, physically and psychologically; to-wit:

Plaintiff, **VERNIDA KENDALL**, sustained multiple traumatic injuries that included a (1) torn rotator cuff (requiring surgery); (2) Tear and rupture right shoulder; (3) Pain in right shoulder; (4) Muscle weakness; Pain in upper arm and back; (5) stiffness of right shoulder; (6) Effusion, right shoulder; Plaintiff was required to undergo multiple surgeries; in-patient and out-patient hospitalizations; and extensive rehabilitation. Plaintiff was caused to undergo medical treatment in an effort to cure her body and recover in health. Plaintiff will be required to undergo continued hospital and medical treatment in the future. She has suffered and continues the suffer great physical pain and mental anguish. Plaintiff has been caused to expend great sums of money for doctor, hospital, drug and therapy treatment in and about an effort to cure her body

and upon information and belief will be caused to expend money in the future. Plaintiff has lost substantial income as proximate result of the injuries suffered in the accident and upon information and belief will be caused to lose future income and is entitled to recover the same.

**WHEREFORE**, Plaintiff, **VERNIDA KENDALL**, demands, judgment against Defendant, **WILLIAMS**, for compensatory and punitive damages in such amount as shall compensate the Plaintiff for the damages sustained and punish the Defendant for its wrongful conduct, plus interest and costs, which said amount is in excess of the minimum jurisdictional amount specified in 28 U.S.C. Section 1332.

Respectfully submitted,

DAVID A. HEARD, Bar # 6282239
LAW OFFICE OF DAVID A. HEARD
3644 Parthenon Way
Olympia Fields, Illinois 60461
(708) 653-1995
david.a.heard@sbcglobal.net

### JURY DEMAND

VERNIDA KENDALL, demands a jury trial on all issues in this action.

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Plaintiff requests service of the Summons and Complaint on Defendant by certified mail.

**SERVE DEFENDANT BY CERTIFIED MAIL AT:**
WILLIAMS SONOMA, INC.
3250 Van Ness Avenue
San Francisco, CA 94109